UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE: JUDY T. KING                          CHAPTER 13
                                             CASE NO: 13-61876-RBC
                    Debtors(s)

**NOTICE OF PROPOSED ADEQUATE PROTECTION PAYMENTS
AND OPPORTUNITY FOR HEARING ON OBJECTION**

The Debtor(s), by Counsel, states as follows:

1.      On 9/16/2013, the Debtor(s) filed in this Court a Petition under Chapter 13 of the United
        States Bankruptcy Code.

2.      The Debtor(s) proposed Chapter 13 Plan dated 9/16/2013 requires that adequate protection
        payments be made by the Chapter 13 Trustee in the following amounts upon the creditor
        filing a proof of claim.

| Creditor(s) | Payment Amount | Duration of Payments |
|---|---|---|
| Fast Auto Loans, Inc. | $63.86 | Until confirmation |
| Loan Max | $21.29 | Until confirmation |

        **WHEREFORE**, your Debtor(s) notice the creditor that pursuant to Local Rule 4001-2,
unless the creditor objects to the Proposed Adequate Protection Payment within fourteen (14) days
of date of service of this Notice and sets that objection for hearing, the creditor is deemed to have
stipulated his/her agreement to the payments provided in this notice and the Trustee is authorized
to begin disbursements once a claim has been filed.

Dated:   September 17, 2013                  Respectfully Submitted:


                                             By /s/ Robert B. Duke Jr.
                                                       Counsel


**<u>CERTIFICATE OF SERVICE</u>**

        I hereby certify that I have this date mailed a true copy of the foregoing Notice of Proposed
Adequate Protection Payment via electronic and/or first-class mail to the following creditors:

Fast Auto Loans, Inc.

2101 Wards Rd.
Lynchburg, VA 24502

Loan Max
3440 Preston Ridge Rd. Suite 500
Alpharetta, GA 30005

Dated: September 17, 2013                    By /s/ Robert B. Duke Jr.
                                                Counsel